No. 02–8512. IN RE KOLODY, *ante*, p. 921. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

MAY 27, 2003

No. 02–983. CASS v. STEPHENS ET AL. Ct. App. Tex., 8th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell*, *ante*, p. 408.

No. 02–9704. DOPP v. LORING ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–9945. BROOKS v. AJIBADE ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.